# HARRY H. KUTNER, JR.
## ATTORNEY-AT-LAW

136 Willis Avenue
Mineola, New York 11501
–
Telephone
516-741-1400

Of Counsel
–
Hon. Harry H. Kutner
Justice, Supreme Court
(Retired)

June 1, 2011

**<u>VIA ECF and ORDINARY MAIL</u>**

Hon. Sandra J. Feuerstein
United States District Court Judge
1020 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722-9014

Re:   <u>KRUK v. SANCHEZ, et al.</u>
CV 10-4762

Honorable Madame:

This letter is sent to advise the Court that I am currently on trial and will be unable to appear tomorrow.  It is respectfully requested, with the consent of the defendants, that this matter be adjourned till after July 4th so that an out-of-court resolution can be sought.

The Court's consideration is greatly appreciated.

Respectfully submitted,

/s/

Harry H. Kutner, Jr.

HHK/eda

cc:   Devitt Spellman Barrett, LLP
Attention:  Jeltje DeJong, Esq.

Christine Malafi, Esq.
Attention:  Brian C. Mitchell, Esq.