# HARRY H. KUTNER, JR.
## ATTORNEY-AT-LAW

136 Willis Avenue  
Mineola, New York 11501  
–  
Telephone  
516-741-1400

Of Counsel  
–  
Hon. Harry H. Kutner  
Justice, Supreme Court  
(Retired)

June 13, 2011

**<u>VIA ECF and ORDINARY MAIL</u>**

Hon. Sandra J. Feuerstein  
United States District Court Judge  
1020 Federal Plaza  
P.O. Box 9014  
Central Islip, New York 11722-9014

          Re:    <u>KRUK v. SANCHEZ, et al.</u>  
                CV 10-4762

Honorable Madame:

      In response to the Court's request for a status report, I am pleased to advise that the above matter has been settled in the sum of $10,000.00. Settlement papers are simultaneously being exchanged and will be forwarded to the Court upon final execution.

      The Court's courtesy is greatly appreciated.

                      Respectfully submitted,

                      /s/

                      Harry H. Kutner, Jr.

HHK/eda

    cc:    Devitt Spellman Barrett, LLP  
           Attention:  Joshua S. Shteierman, Esq.

           Christine Malafi, Esq.  
           Attention:  Brian C. Mitchell, Esq.

           Furey, Furey, Leverage, etc.  
           Attention:  Frank Catelli, Esq.