UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK          BCM-1469
=====================================x
DAVID E. KRUK,

                Plaintiff,

    -against-

"JILL" SANCHEZ, "JANE DOE", "REENA ROE", being and intended to be the three Female police peace probation officers Involved in the subject incident and JOHN KUEY, ANDREW FICCARELLI, ANTHONY TENAGLIA, JAMES P. OVERTON, COUNTY OF SUFFOLK, TOWN OF RIVERHEAD and TOWN OF SOUTHAMPTON,

                Defendants.
==============================================x

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL**

CV 10-4762 (SJF)(ETB)

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties hereto, that the above-captioned action be, and the same hereby is voluntarily dismissed with prejudice, pursuant to F.R.C.P. Rule 41(a)(1), without costs or attorneys' fees to any party, and,

    IT IS FURTHER STIPULATED AND AGREED, that this Stipulation may be so ordered via endorsement hereon without further notice to any party.

Dated: Hauppauge, New York
       June 10, 2011

By: _____
Christine Malafi
Suffolk County Attorney
Brian C. Mitchell  BCM/1469

Dated: Mineola, New York
       June 10, 2011

By: _____
Harry H. Kutner, Jr., Esq.
Attorney for Plaintiff
136 Willis Avenue

Assistant County Attorney                                   Mineola, New York 11501
P.O. Box 6100
H. Lee Dennison Building
Hauppauge, NY 11788-0099

SO ORDERED:

Dated:  Central Islip, New York
        July     ,2011

_____
U.S.D.J.