IMR/ja
#6952

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
DAVID E. KRUK,                                    *Docket No. CV-10 4762*

                          Plaintiffs,

       -against-                                      *Stipulation of Discontinuance
                                                  With Prejudice as to the
                                                  The Town of Riverhead*

"JILL" SANCHEZ, "JANE DOE", "REENA ROE",
being and intended to be the three female
Police-peace-probation officers involved
in the subject incident, and JOHN KUEY,
ANDREW FICCARELLI, ANTHONY TENAGLIA,
JAMES P. OVERTON, COUNTY OF SUFFOLK,
TOWN OF RIVERHEAD, and TOWN OF
SOUTHAMPTON,

                          Defendants.
----------------------------------------------------------------x

    **IT IS HEREBY STIPULATED BY AND BETWEEN** the undersigned, attorneys for plaintiff, ***DAVID E. KRUK*** and defendants, ***TOWN OF SOUTHAMPTON, JOHN KUEY, ANDREW FICCARELLI, ANTHONY TENAGLIA, JAMES P. OVERTON & COUNTY OF SUFFOLK,*** that whereas no party hereto is an infant or an incompetent person for whom a committee has been appointed, and no party not a party to this litigation has an interest in the subject matter of the above-captioned action, all pleadings, including cross claims, against the ***TOWN OF RIVERHEAD*** are hereby voluntary discontinued with prejudice and without cost to any party.

Dated: Hempstead, New York
       April 7, 2011

FUREY, FUREY, LEVERAGE, MANZIONE,    HARRY H. KUTNER, JR., ESQ.
WILLIAMS & DARLINGTON, P.C.

By: _____    By: _____
INGRID M. RODRIGUEZ (IR 8041)          HARRY H. KUTNER, JR., (HK9497)
**Attorneys for Defendant**                       **Attorneys for Plaintiff**
*TOWN OF RIVERHEAD*                           *DAVID E. KRUK*
600 Front Street                                  136 Willis Avenue
Hempstead, New York 11550-4494         Mineola, New York 11501
(516) 538-2500                                   (516) 741-1400
File No. 6952                                     File No. 160-4395

| | |
|---|---|
| DEVITT, SPELLMAN, BARRETT, LLP<br><br>By: _____<br><br>*Attorneys for Defendants*<br>JOHN KUEY, ANDREW FICCARELLI,<br>ANTHONY TENAGLIA, JAMES P.<br>OVERTON & THE TOWN OF<br>SOUTHAMPTON<br>50 Route 111<br>Smithtown, New York 11787<br>(631) 724-8833 | COUNTY OF SUFFOLK, Attorney's Office<br><br>By: _____<br><br>*Attorneys for Defendant*<br>*COUNTY OF SUFFOLK*<br>H. Lee Dennison Building<br>100 Veterans Memorial Highway<br>PO Box 6100<br>Hauppauge, New York 11788<br>(631) 853-4000 |

*So Ordered:*

_____
SANDRA J. FEUERSTEIN, U.S.D.J.

-2-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DAVID E. KRUK,

                                  Plaintiff,

                    -against-

"JILL" SANCHEZ, "JANE DOE", "REENA ROE", being and intended to be the three female Police-peace-probation officers involved in the subject incident, and JOHN KUEY, ANDREW FICCARELLI, ANTHONY TENAGLIA, JAMES P. OVERTON, COUNTY OF SUFFOLK, TOWN OF RIVERHEAD, and TOWN OF SOUTHAMPTON,

                                  Defendants.

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE
AS TO THE TOWN OF RIVERHEAD**

**FUREY, FUREY, LEVERAGE, MANZIONE,
WILLIAMS & DARLINGTON, P.C.**
Attorneys for Defendant ***TOWN OF RIVERHEAD***
600 FRONT STREET
HEMPSTEAD, NEW YORK 11550
TELEPHONE: (516) 538-2500
FACSIMILE: (516) 489-5056

To:
Attorney(s) for

Service of a copy of the within                                     is hereby admitted.

Dated:

                                                                Attorney(s) for

PLEASE TAKE NOTICE

NOTICE OF ENTRY   ☐  That the within is a (certified) true copy of a
                     Entered in the office of the clerk of the within named court on        19

NOTICE OF SETTLEMENT   ☐  That an Order of which the within is a true copy will be presented for settlement to the Hon.
                     One of the judges of the within named Court,
           at
           On                   19   , at         M.

    Dated:

                                        **FUREY, FUREY, LEVERAGE, MANZIONE,
                                        WILLIAMS & DARLINGTON, P.C.**
                                          *Attorneys for DEFENDANT*
                                          600 FRONT STREET
                                        HEMPSTEAD, NEW YORK 11550
                                            (516) 538-2500

To:
Attorney(s) for