IMR/ja
#6952

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DAVID E. KRUK,

                    Plaintiffs,

-against-

"JILL" SANCHEZ, "JANE DOE", "REENA ROE",
being and intended to be the three female
Police-peace-probation officers involved
in the subject incident, and JOHN KUEY,
ANDREW FICCARELLI, ANTHONY TENAGLIA,
JAMES P. OVERTON, COUNTY OF SUFFOLK,
TOWN OF RIVERHEAD, and TOWN OF
SOUTHAMPTON,

                    Defendants.
-----------------------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ NOV 30 2011 ★
LONG ISLAND OFFICE

D/F

*Docket No. CV-10 4762*

*Stipulation of Discontinuance*
*With Prejudice as to the*
*The Town of Riverhead*

    **IT IS HEREBY STIPULATED BY AND BETWEEN** the undersigned, attorneys for plaintiff, ***DAVID E. KRUK*** and defendants, ***TOWN OF SOUTHAMPTON, JOHN KUEY, ANDREW FICCARELLI, ANTHONY TENAGLIA, JAMES P. OVERTON & COUNTY OF SUFFOLK***, that whereas no party hereto is an infant or an incompetent person for whom a committee has been appointed, and no party not a party to this litigation has an interest in the subject matter of the above-captioned action, all pleadings, including cross claims, against the ***TOWN OF RIVERHEAD*** are hereby voluntary discontinued with prejudice and without cost to any party.

Dated: Hempstead, New York
       April 7, 2011

FUREY, FUREY, LEVERAGE, MANZIONE,
WILLIAMS & DARLINGTON, P.C.

By: _____
INGRID M. RODRIGUEZ (IR 8041)
**Attorneys for Defendant**
*TOWN OF RIVERHEAD*
600 Front Street
Hempstead, New York 11550-4494
(516) 538-2500
File No. 6952

HARRY H. KUTNER, JR., ESQ.

By: /Harry H. Kutner/
HARRY H. KUTNER, JR., (HK9497)
*Attorneys for Plaintiff*
*DAVID E. KRUK*
136 Willis Avenue
Mineola, New York 11501
(516) 741-1400
File No. 160-4395

| | |
|---|---|
| DEVITT, SPELLMAN, BARRETT, LLP | COUNTY OF SUFFOLK, Attorney's Office |
| By: _____ | By: _____ |
| *Attorneys for Defendants* | *Attorneys for Defendant* |
| JOHN KUEY, ANDREW FICCARELLI, ANTHONY TENAGLIA, JAMES P. OVERTON & THE TOWN OF SOUTHAMPTON | *COUNTY OF SUFFOLK* |
| 50 Route 111 | H. Lee Dennison Building |
| Smithtown, New York 11787 | 100 Veterans Memorial Highway |
| (631) 724-8833 | PO Box 6100 |
| | Hauppauge, New York 11788 |
| | (631) 853-4000 |

*So Ordered:*

s/ Sandra J. Feuerstein         11/30/2011
_____
SANDRA J. FEUERSTEIN, U.S.D.J.

-2-